UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| S.B. (alias) a minor, by and through his next friend, TERRI E. BAKER; TERRI E. BAKER; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARK SCHMIDT, in his official capacity, as special needs administrator for Blue Valley Unified School District, USD 229,<br><br>Defendant. | Case No. 5:23-cv-04022-TC-TJJ |

## SECOND AMENDED SCHEDULING ORDER

On August 14, 2024, U.S. Magistrate Judge Teresa J. James conducted a telephone scheduling and status conference to reset the case deadlines and setting previously held in abeyance.[1] Plaintiffs appeared through counsel, Linus Baker. Defendant Mark Schmidt, in his official capacity for Blue Valley U.S.D. 229, appeared through counsel, Angus W. Dwyer.

After consultation with counsel and being advised that no further discovery is needed, the Court enters this Second Amended Scheduling Order setting the following deadlines and settings in the table below:

---

[1] *See* April 30, 2024 Minute Entry and Order (ECF No. 103) holding in abeyance the Scheduling Order deadlines for submitting the proposed pretrial order, filing dispositive motions, and the May 14, 2024 Final Pretrial Conference, pending rulings on then-pending motions. District Judge Crouse subsequently entered a Memorandum and Order (ECF No. 109) ruling on the pending motions.

| BAKER v. SCHMIDT<br>SECOND AMENDED SCHEDULING ORDER<br>SUMMARY OF DEADLINES AND SETTINGS ||
|---|---|
| Event | Deadline/Setting |
| Proposed pretrial order due | **October 11, 2024** |
| Pretrial conference with Magistrate Judge – by telephone Dial CONFERENCE LINE 1-888-363-4749 and enter ACCESS CODE 4901386 to join the conference | **October 22, 2024 at 11:00 AM (central time)** |
| Potentially dispositive motions (e.g., summary judgment) | **November 15, 2024** |
| Jury Trial in Topeka Courtroom 401— ETT 4 days | **September 9, 2025 at 9:00 AM** |

To the extent this Second Amended Scheduling Order is inconsistent with the prior Scheduling Orders (ECF Nos. 43 and 101), this Second Amended Scheduling Order supersedes the earlier ones. To the extent that this Second Amended Scheduling Order does not address dates, deadlines, or requirements included in the earlier ones, those earlier dates, deadlines, and requirements remain in effect. The parties are advised to review, in particular, the various requirements governing discovery, motions, submission of the pretrial order, and the pretrial conference in the earlier Scheduling Orders. Those requirements—other than the dates that are changed, as identified herein—remain in place.

This amended scheduling order will not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated August 14, 2024, at Kansas City, Kansas.

*Teresa J. James*

Teresa J. James
U. S. Magistrate Judge