**In the United States District Court
for the District of Kansas**

———————

Case No. 5:23-cv-04022-TC

———————

TERRI E. BAKER,

*Plaintiff*

v.

MARK SCHMIDT,

*Defendant*

———————

## JUDGMENT IN A CIVIL CASE

☐   Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**Pursuant to the Court's Memorandum and Order filed on July 22, 2025, this case is dismissed in favor of Defendant Mark Schmidt.**

Date:  July 22, 2025         SKYLER B. O'HARA
                             CLERK OF THE DISTRICT COURT

                             By:   s/  Traci Anderson
                                        Deputy Clerk